UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POPP, et al., | Case No. 1:23-cv-01221-NODJ-EPG |
| Plaintiffs, | |
| v. | ORDER SUBSTITUTING UNITED STATES AS DEFENDANT IN PLACE OF DONALD W. KRANENDONK |
| UNITED STATES OF AMERICA, | |
| Defendant. | (ECF No. 16) |

This matter is before the Court on the parties' proposed order[1] to substitute the United States of America as the Defendant in this case in place of Donald W. Kranendonk given the filing of the United States' certificate of scope of federal employment (ECF No. 13) confirming that Defendant Donald W. Kranendonk was an employee of the United States Department of Agriculture and was acting within the scope of such federal employment at the time of the incident alleged pursuant to 28 U.S.C. § 2679(d)(1), which provides as follows:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

28 U.S.C. § 2679(d)(1).

---

[1] In the future, the parties should email a Word copy of any proposed orders to its email inbox, as required by Local Rule 137(b).

1

Upon review, IT IS ORDERED as follows:

1. The United States of America is substituted as the Defendant in place of Donald W. Kranendonk. (ECF Nos. 13, 16).
2. The Clerk of Court is directed to terminate Donald W. Kranendonk as a Defendant in this case from the docket.

IT IS SO ORDERED.

Dated: **January 12, 2024**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2