PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW POPP, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE No. 1:23-CV-001221-WBS-EPG <br><br> **ORDER TO SCHEDULE SETTLEMENT CONFERENCE** |

**O R D E R**

Pursuant to the parties' stipulation,

**IT IS HEREBY BY ORDERED** that the parties' stipulation for a settlement conference before the Honorable Christopher D. Baker is **APPROVED**.

IT IS SO ORDERED.

Dated: April 10, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE