UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ANDREW POPP, an individual; ROSA POPP, an individual; E.L., a minor by and through her guardian ad litem, ROSA POPP; A.P., a minor by and through her guardian ad litem, ROSA POPP,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:23-cv-01221 WBS EPG<br><br>ORDER |

----oo0oo----

The parties in this case have represented that this case settled. (Docket No. 29.) Pursuant to that representation, the assigned Magistrate Judge directed the parties to file dispositional documents by September 26, 2024. (Docket No. 30.) The Magistrate Judge then ordered plaintiffs to file a motion for approval of a minor's compromise by October 28, 2024, based on

1

the parties' request for additional time to finalize settlement. (Docket Nos. 31, 32.)  Plaintiffs did not file such motion and did not appear during the Magistrate Judge's telephonic status conference held on November 5, 2024.  (Docket Nos. 33-35.)  The United States then filed a status report on November 8, 2024 in which it represented that plaintiffs intended to "promptly" file a motion for minor's compromise.  (Docket No. 37.)  Notwithstanding the passage of more than two months since that representation, and multiple orders from the Magistrate Judge, plaintiffs still have not filed a request for approval of a minor's compromise.

In light of the foregoing, on or before **February 10, 2025,** the parties shall file a joint status report, and counsel for plaintiffs shall show cause in writing why they should not be sanctioned for failure to comply with the court's orders.  See Local Rule 110; Fed. R. Civ. P. 41(b).  A status conference and hearing on this order to show cause is hereby set for **February 24, 2025 at 1:30 p.m.** in Courtroom 5 of the Matsui Federal Courthouse in Sacramento, California.  Counsel for all parties shall personally appear, and no appearances via telephone or videoconference shall be permitted.  Should plaintiffs file a motion for approval of minor's compromise before the February 24, 2025 hearing, the court will hear such motion at that time.

IT IS SO ORDERED.

Dated:  January 28, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE