UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| ANDREW POPP, an individual; ROSA POPP, an individual; E.L., a minor by and through her guardian ad litem, ROSA POPP; A.P., a minor by and through her guardian ad litem, ROSA POPP,<br><br>   Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 1:23-cv-01221WBS EPG<br><br>ORDER |
|---|---|

----oo0oo----

The court's order of January 28, 2025 (Docket No. 38) required that by February 10, 2025, the parties file a joint status report and that counsel for plaintiffs show cause in writing why they should not be sanctioned.  Counsel have filed a joint status report, but counsel for plaintiffs have not responded to the order to show cause.

1

        In their joint status report, counsel state that plaintiffs will file their motion for approval of minor's compromise by February 14, 2025.  (Docket No. 39.)  That date has come and gone, and plaintiffs have not filed such a motion.

        If and when the court receives the settlement papers from the parties, it will determine whether plaintiffs' personal appearance at the February 24, 2025 status conference will be necessary.

        IT IS SO ORDERED.

Dated:  February 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2